IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | : | MDL No. 2545 |
| REPLACEMENT THERAPY PRODUCTS | : | Master Docket Case No. 1:101748 |
| LIABILITY LITIGATION | : | Honorable Matthew F. Kennelly |
| | : | |
| Ronald Wysocki | : | : |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 16-cv-00130 |
| | : | |
| AbbVie Inc., and | : | |
| Abbott Laboratories, Inc., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL *WITHOUT PREJUDICE***

It is hereby stipulated and agreed that Plaintiff Ronald Wysocki hereby dismisses all claims, *without prejudice*, in the matter pending against all Defendants in the above listed Testosterone action only because it is duplicative of his case also pending in this jurisdiction assigned Case No. 16-cv-03836. This stipulation shall not affect the lawsuit filed by Plaintiff pending in this jurisdiction and assigned Case No. 16-cv-03836. All parties shall bear their own costs.

Dated: 09/01/2016

/s/: *Margaret M. Branch*  
Margaret M Branch  
**THE BRANCH LAW FIRM**  
2025 Rio Grande Boulevard  
Albuquerque, New Mexico 87104  
Telephone: (505) 243-3500  
Facsimile: (505) 243-3534  
Email: tbranch@branchlaw.com

/s/: *Christopher R. Boisvert*  
Christopher R. Boisvert  
**DECHERT LLP**  
Cira Center  
2529 Arch Street  
Philadelphia, Pennsylvania 19104-2808  
Telephone: (215) 994-2312  
Facsimile: (215) 656-2312  
Email: chip.boisvert@dechert.com

*Attorney for Plaintiff*                              *Attorney for AbbVie, Inc. Abbott*
                                                      *Laboratories, AbbVie Products LLC,*
                                                      *and Unimed Pharmaceuticals LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 1, 2016, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL *WITHOUT PREJUDICE* to be served via the Court's CM/ECF filing system, which will provide notice to all counsel of record.

*/s/ Margaret Branch*